**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| DEBORAH LYNN PIPER, | Case No.: 1:18-cv-01533-JDP |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | (SECOND REQUEST) |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file her opening brief for a period of seven days from July 31, 2019, to and including August 7, 2019, and that all subsequent deadlines set forth in the scheduling order, Doc. No. 5, are extended accordingly.

-1-

| | |
|---|---|
| 1 | This second request is made on behalf of counsel for plaintiff. Counsel has had an unanticipated increase in workload due to having to cover for another attorney who has been off on medical leave. Counsel apologizes to the court for the delay. Counsel does anticipate that he will be able to file the opening brief well within the seven extra days requested. On behalf of counsel for plaintiff, the parties respectfully request the granting of this request for the proper briefing of this matter. |

IT IS SO STIPULATED.

DATE: July 31, 2019                Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                           /s/ *Young Cho*
                               BY: _____
                                   Young Cho
                                   Attorney for plaintiff DEBORAH LYNN PIPER

Date: July 31, 2019                McGREGOR W. SCOTT
                                   United States Attorney


                               BY:  /s/ *Marcelo N. Illarmo*
                                   MARCELO N. ILLARMO
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant ANDREW M. SAUL,
                                   Commissioner of Social Security (Per email
                                   authorization)

**ORDER**

The parties' stipulation for extension is approved.

IT IS SO ORDERED.


Dated:   August 2, 2019            _____
                                   UNITED STATES MAGISTRATE JUDGE

-2-